JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS R. RITTER,<br><br>            Plaintiff,<br><br>      vs.<br><br>SUPERIOR PERFORMERS, INC. d/b/a NAA INSURANCE AGENCY; and ANDY SPENCER ALBRIGHT,<br><br>            Defendants. | Case No.: ED CV 15-2607-DMG (SPx)<br><br>**ORDER OF DISMISSAL [47]** |

Before the Court is the Joint Stipulation of Dismissal entered into by all the parties to this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The case is dismissed with prejudice as to the named Plaintiff Dallas R. Ritter and without prejudice as to all absent members of the putative class.

**IT IS SO ORDERED.**

DATED:  October 31, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1